IN THE UNITED STATS DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| JACOB LANCE PAXMAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-CV-408-D |
| | ) | |
| JASON LI, QUEEN STAR TRUCKING, INC., and DOES 1 to 50, | ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS JASON LI AND QUEEN STAR TRUCKING, INC.'S EXPERT WITNESS LIST

Defendants, Jason Li and Queen Star Trucking, Inc., submit the following as their Expert Witness List, pursuant to the Scheduling Order filed on August 2, 2018.

| NO. | NAME | TESTIMONY |
|---|---|---|
| 1. | Dr. Eric S. Hart, Psy.D., ABPP-CN<br>Mizzou North Neuropsychology Clinic<br>315 W. Business Loop 70<br>Columbia, MO 65203<br>(573) 882-8876 | Expert who will testify about Plaintiff's injuries; treatment received; possible need for future treatment; and ability to be employed. |

Respectfully submitted,

FRANDEN | FARRIS | QUILLIN
  GOODNIGHT + ROBERTS

*/s/Nathaniel G. Parrilli*
Joseph R. Farris, OBA #2835
Nathaniel G. Parrilli, OBA #18798
Williams Center Tower II, Suite 900
Two West 2nd Street
Tulsa, Oklahoma  74103
918/583-7129 Phone     918/584-3814 Fax
**ATTORNEY FOR DEFENDANTS
JASON LI AND QUEEN STAR
TRUCKING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2019, I electronically transmitted Defendants' Expert Witness List to the Clerk of Court using the ECDT System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kevin D. Swenson                              Tom M. Cummings
Brian D. Shelley                                  701 N.W. 13th Street
**SWENSON & SHELLEY, PLLC**        Oklahoma City, OK 73106
520 East Tabernacle
St. George, UT 84770
kevin@swensonshelley.com
brian@swensonshelley.com

T. Ryan Scott
Geoff Hamby
**BAILEY & OLIVER LAW FIRM**
3606 West Southern Hills Blvd.
Suite 200
Rogers AR 72758

*Attorneys for Plaintiff*

*/s/Nathaniel G. Parrilli*