# IN THE UNITED STATS DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JACOB LANCE PAXMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-CV-408-D |
| | ) | |
| JASON LI, QUEEN STAR TRUCKING, | ) | |
| INC., and DOES 1 to 50, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' OBJECTIONS TO
### PLAINTIFF'S FINAL WITNESS AND EXHIBIT LIST

Defendants, Jason Li and Queen Star Trucking, Inc., hereby submit the following objections to Plaintiff's Final Witness and Exhibit List:

| NO. | EXHIBIT | OBJECTION |
|---|---|---|
| 1. | Traffic Collision Report | Hearsay – Fed.R.Evid. 802 |
| 2. | Property Condition Report of 2016 Dodge Caravan, appraisal and photographs of damage to vehicle | Hearsay – Fed.R.Evid. 802; Relevance – Fed.R.Evid. 902 |
| 3. | Plaintiff's medical records and bills produced in the parties' disclosures or during discovery | Hearsay – Fed.R.Evid. 802; Relevance – Fed.R.Evid. 902; Authenticity and Identification – Fed.R.Evid. 901 |
| 4. | Any documents that were attached to any deposition transcript as an exhibit | Lacks specificity |
| 5. | Any documents that have been produced by Defendants | Lacks specificity |
| 6. | Any demonstrative aids which will be provided prior to trial | Lacks specificity |
| 7. | Materials regarding Defendant Queen Star Trucking received from the Federal Motor Carrier Safety Administration pursuant to the Freedom of Information Act (5 U.S.C. | Lacks specificity; Not Produced |

| | | |
|---|---|---|
| | §52) | |
| 8. | Any exhibits identified by Defendants or during discovery | Lacks specificity |

Plaintiff's list of witnesses is inadequate as Plaintiff fails to provide any contact information for the witnesses or a description of the testimony Plaintiff expects they would offer at the time of trial.

DATED this 3rd day of June, 2019.

Respectfully submitted,

FRANDEN | FARRIS | QUILLIN
   GOODNIGHT + ROBERTS

/s/Nathaniel G. Parrilli
Joseph R. Farris, OBA #2835
Nathaniel G. Parrilli, OBA #18798
Williams Center Tower II, Suite 900
Two West 2nd Street
Tulsa, Oklahoma 74103
918/583-7129 Phone
918/584-3814 Fax
**ATTORNEY FOR DEFENDANTS
JASON LI AND QUEEN STAR
TRUCKING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECDT System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Kevin D. Swenson, Brian D. Shelley, T. Ryan Scott, Geoff Hamby, Tom M. Cummings

/s/Nathaniel G. Parrilli